**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

Jewell Christian Stewart
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
Jewell.Stewart @usdoj.gov

main: (973) 297-2024
direct: (862) 412-7410
fax: (973) 645-2702

November 17, 2026

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Landa Saca v. Soto, et al.*, No. 2:26-cv-02386 (CCC)**
**Response to ECF No. 11**

Dear Judge Cecchi:

This Office represents Respondents in this habeas action. We respectfully write to report that Petitioner received a custody redetermination hearing on November 13, 2026, which resulted in Petitioner bond request being denied due to flight risk. Ex. A.

We therefore respectfully request that this matter be closed due to Petitioner receiving the ordered hearing. *See* ECF No. 11.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jewell Stewart*
JEWELL CHRISTIAN STEWART
Assistant United States Attorney
*Attorneys for Respondents*

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 11/25/2026

cc: Counsel of Record (by ECF)